UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FOAM SUPPLIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CV1603 RWS |
| ) | |
| DASH MULTI-CORP., INC.,et. al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that an Amended Rule 16 Conference will be held on **June 23, 2005, at 2:00 p.m.** in Courtroom 10 South.

**IT IS FURTHER ORDERED** that a hearing will be held to discuss Plaintiff's Motion for Contempt and To Compel Under Fed. R. Civ. P. 45(e) Against Futura Coatings, Inc., and Rodney Jarboe [#77] on **June 23, 2005, at 3:00 p.m.** in Courtroom 10 South.

• **NOTE DATE AND TIME CHANGE**

Dated this 6th Day of June, 2005.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE